ADAMS LAUNDRY MACHINERY COMPANY, Appellant, *v.* JOSEPH H. PRUNIER, Respondent.

*Adams Laundry Machinery Co.* v. *Prunier*, 153 App. Div. 930, affirmed.
(Argued February 2, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered November 15, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover a deficiency following the foreclosure of a chattel mortgage.

*William W. Morrill* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CUDDEBACK, HOGAN, MILLER and SEABURY, JJ. Dissenting: HISCOCK and CHASE, JJ.